IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Action No: 15-cr-00268-RM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ABEL AGUILERA-VALDEZ,

    Defendant

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THE THIRD LEVEL FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b) (DOCKET #276)**

---

**THIS MATTER** comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion, for good cause shown, should be and is hereby **GRANTED.**

THEREFORE, this defendant shall receive a 3-level decrease in offense level for acceptance of responsibility under the provisions of §3E1.1 of the Sentencing Guidelines.

DATED this 2nd day of February, 2016.

                              BY THE COURT:

                              RAYMOND P. MOORE
                              United States District Judge